**CONFERENCE INFORMATION REPORT**

**CIVIL ACTION NO.** _____

**JURY TRIAL** _____   **NON-JURY TRIAL** _____   **ARBITRATION** _____

**SHORT CAPTION** _____

**TRIAL COUNSEL** _____

**REPRESENTING** _____

**LAW FIRM** _____

**ADDRESS** _____

**TELEPHONE & FAX** _____

**DATE FOR COMPLETION OF ALL DISCOVERY** _____

**PROTRACTED DISCOVERY REQUIRED?** _____
                                                             Yes/No

**IF YES, DESCRIBE PROPOSED DISCOVERY SEGMENTS BY SUBJECT MATTER OR PARTIES AND SUGGEST DATES FOR SEGMENTS:**




**SETTLEMENT CONFERENCE:   WHEN REQUESTED?** _____

**MAGISTRATE JUDGE** \_\_\_\_   **COURT MEDIATOR** \_\_\_\_   **PRIVATE MEDIATOR** _____
                                          **(LOCAL CIV. R. 53.3)**                                              (Name)

**TRIAL TIME:   TIME TO PRESENT YOUR CASE** _____

                      **TIME FOR ENTIRE TRIAL** _____

**OTHER COMMENTS:**



**DATE:** _____           _____
                                                              **SIGNATURE OF COUNSEL**

                                                              _____
                                                              **TYPE OR PRINT NAME**

**This form should be faxed to Chambers at 267.299.5078 or mailed or hand delivered to Chambers, Room 3810, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1741.**

O:\forms\conference information report.wpd